IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL GARDELLA,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 1:24-cv-6034<br><br>MOTION FOR PRO HAC VICE |

TO:    Metropolitan Life Insurance Company
         By and through their registered agents for service of process

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Noah Breazeale hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for in the above-captioned action. I am in good standing of the bar of the state of Tennessee, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this 8th day of August, 2024.

Respectfully submitted,

BY:   /s/ Noah Breazeale
Noah Breazeale (TN # 037152)
ERIC BUCHANAN & ASSOC., PLLC
PO Box 11208
Chattanooga, TN 37401
nbreazeale@buchanandisability.com
(423) 634-2506

1