IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL GARDELLA,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY<br><br>    Defendant. | Civil Action No. 1:24-cv-6034<br><br>AFFIDAVIT IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE |

State of Tennessee   )
                     )   ss:
County of Hamilton   )

Noah Breazeale, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of Eric Buchanan & Associates, PLLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Tennessee.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings pending against me.

7. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for plaintiff Paul Gardella.

1

Dated this 8th day of August, 2024.



BY: _____
Noah A. Breazeale (TN BPR# 041568)
ERIC BUCHANAN & ASSOC., PLLC
PO Box 11208
Chattanooga, TN 37401
nbreazeale@buchanandisability.com
(423) 634-2506

SUBSCRIBED AND SWORN to before me this __08th__ of __Aug__, 202_4_.

_____
Notary Public

Expiration date: 04/10/2028