IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL GARDELLA,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action No. 1:24-cv-6034<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE |

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, Noah Breazeale, is permitted to argue or try this particular case in whole or in part as counsel or advocate for plaintiff Paul Gardella.

This Order becomes effective upon the Court's receipt of the required $200.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice in the above-listed case will be made on the roll of attorneys.


Dated:_____          _____
                                                    United States Judge


cc:    Pro hac vice Attorney
       Court File

1